# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 8/6/2021 |
| Case: 21–03036 | Form ID: ODSCY | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Jennifer C. Hayes     jhayes@fhlawllp.com

                                                                                                                                                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Kyle Everett     Development Specialists, Inc.     150 Post Street, Suite 400     San Francisco, CA 94108

                                                                                                                                                                                                                                TOTAL: 1