# Notice Recipients

District/Off: 0971−3          User: admin                    Date Created: 8/6/2021
Case: 21−03036               Form ID: NTCPLA               Total: 2

**Recipients of Notice of Electronic Filing:**
aty         Jennifer C. Hayes        jhayes@fhlawllp.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla         Kyle Everett        Development Specialists, Inc.          150 Post Street, Suite 400          San Francisco, CA 94108

TOTAL: 1