# Notice Recipients

District/Off: 0971–3　　　User: admin　　　Date Created: 8/6/2021
Case: 21–03036　　　Form ID: SUM　　　Total: 2

**Recipients of Notice of Electronic Filing:**
aty　　Jennifer C. Hayes　　jhayes@fhlawllp.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla　　Kyle Everett　　Development Specialists, Inc.　　150 Post Street, Suite 400　　San Francisco, CA 94108

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1