| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Stephen D. Finestone (SBN 125675)<br>Jennifer C. Hayes (SBN 197252)<br>Ryan A. Witthans (SBN 301432)<br>FINESTONE HAYES LLP<br>456 Montgomery St., 20th Floor<br>San Francisco, California 94104<br>Telephone No.: 415.414.0466<br>Fax No.: 415.398.2830<br>sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br><br>Attorneys for Kyle Everett,<br>Trustee in Bankruptcy |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>    BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>    Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>    Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Adversary Proceeding No. 21-3036-DM<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused a true and correct copy of the following documents:

**COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS, FRAUDULENT TRANSFERS, DECLARATORY RELIEF, AND DISALLOWANCE OF CLAIM (ECF-1)**

**ADVERSARY PROCEEDING COVER SHEET (ECF 1-1)**

**ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE (ECF 2)**

**NOTICE TO PLAINTIFF (ECF 2-2)**

**SUMMONS AND NOTICE OF SCHEDULING CONFERENCE (ECF 3)**

**BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET**

to be served by email as follows, pursuant to FRBP 7004 and Defendant's agreement to accept service of the Summons and Complaint via e-mail:

Benjamin Reed, breed@sb-kc.com (counsel for Defendant)
Gregory Gerstner, ggerstner@sb-kc.com (counsel for Defendant)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2021, in Contra Costa County, California.

                                                *Jennifer C. Hayes*
                                                Jennifer C. Hayes