Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819 DM<br>Chapter 7<br>Hon. Dennis Montali |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036<br><br>**JOINT DISCOVERY PLAN**<br><br>Status Conference: September 24, 2021<br>Time: 1:30 p.m.<br>Ctrm: Tele/videoconference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Plaintiff Kyle Everett, Trustee in Bankruptcy of the estate of the above Debtor ("Plaintiff" or "Trustee") and Defendant MHC Financial Services, Inc. (the "Defendant") hereby file their joint discovery plan pursuant to the Court's Order re Initial Disclosures and Discovery Conference entered August 6, 2021 (ECF #2):

1. The parties agree to exchange initial disclosures by September 23, 2021.

2. Fact discovery cutoff:

    a. Plaintiff proposes a fact discovery cutoff date of December 31, 2021.

  b. Defendant proposes a fact discovery cutoff of February 28, 2022.

3. Expert discovery cutoff:

  a. Plaintiff proposes an expert discovery cutoff date of February 18, 2022.

  b. Defendant proposes an expert discovery cutoff of April 1, 2022.

4. At this time, the parties do not request entry of any orders under Fed. R. Bankr. P. 7016(b) and (c) or 7026(a)(1).

Dated: September 10, 2021    FINESTONE HAYES LLP

By: _____*Jennifer C. Hayes*_____
   Jennifer C. Hayes
   Attorneys for Kyle Everett,
   Plaintiff

Dated: September 10, 2021    SEIGFREID BINGHAM

By: _____*Matt Young*_____
   Theodore B. Stolman
   Carol Chow
   Matthew A. Young
   Attorneys for MHC Financial Services, Inc.,
   Defendant