THEODORE B. STOLMAN (BAR NO. 52099)
ted.stolman@ffslaw.com
CAROL CHOW (BAR NO. 169299)
carol.chow@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

GREGORY S. GERSTNER (Admitted *Pro Hac Vice*)
GGerstner@sb-kc.com
BENJAMIN A. REED (Admitted *Pro Hac Vice*)
BReed@sb-kc.com
SEIGFREID BINGHAM, P.C.
2323 Grand Blvd., Suite 1000
Kansas City, Missouri 64108
Telephone: (816) 421-4460
Facsimile: (816) 474-3447

Attorneys for Defendant
MHC FINANCIAL SERVICES INC.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>    Debtor.<br><br>KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No. 20-30819 DM<br><br>Chapter 7<br><br>Adversary Proceeding No. 21-03036<br><br>Hon. Dennis Montali<br><br>**PROOF OF SERVICE OF INITIAL RULE 26 DISCLOSURES OF MHC FINANCIAL SERVICES, INC.** |

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Freeman, Freeman & Smiley, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.

On **September 23, 2021**, I served the following document(s) described as follows:

**INITIAL RULE 26 DISCLOSURES OF MHC FINANCIAL SERVICES, INC.**

on the interested parties in this action as follows:

☐ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☑ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused a copy of the document(s) to be sent from e-mail address Easter.SantaMaria@ffslaw.com or to the persons at the e-mail addresses listed below. Except as noted below, I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

sfinestone@fhlawllp.com
jhayes@fhlawllp.com

☑ **BY MAIL**: I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

Stephen D. Finestone
Jennifer C. Hayes
Ryan A. Witthans
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2021 | Easter Santa Maria | *Easter A. Santa Maria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |