

Signed and Filed: December 14, 2021

_Clennis Montali_

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Donald C. Miller, Esq. [SBN 132187]
Eavenson, Fraser & Lunsford, PLLC
225 South Lake Avenue, 3rd Floor
Pasadena, CA 91101
Telephone: (818) 800-5714
don@efli.law

Attorneys for BB Lending, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 20-30819 DM |
| BENJA INCORPORATED, aka EPHE CORPORATION, | Chapter 7 |
| | Hon. Dennis Montali |
| Debtor. | |

| | |
|---|---|
| KYLE EVERETT, TRUSTEE IN BANKRUPTCY, | Adversary Proceeding No. 21-03036 |
| Plaintiff, | ORDER GRANTING AND APPROVING STIPULATION FOR PROTECTIVE ORDER |
| v. | |
| MHC FINANCIAL SERVICES, INC., | |
| Defendant. | |

     The Court having considered the Stipulation and Agreement for Protective Order ("Protective Order Stipulation"), entered into by and between Plaintiff Kyle Everett, Defendant MHC Financial Services, Inc., and subpoenaed third-party BB Lending, LLC, filed on December 9, 2021, and pursuant to such stipulation and agreement, and good cause appearing, IT IS HEREBY ORDERED that the Protective Order Stipulation is granted and approved in all respects.

* * END OF ORDER * *

1                                **COURT SERVICE LIST**

2     *ECF Participants Only*