Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy and Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7<br>Hon. Dennis Montali |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**PLAINTIFF'S STATUS CONFERENCE STATEMENT**<br><br>Status Conference: March 25, 2022<br>Time: 1:30 p.m.<br>Ctrm: Tele/videoconference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Plaintiff Kyle Everett, Trustee in Bankruptcy of the estate of the above Debtor ("Plaintiff" or "Trustee") hereby files his status conference statement:

1. Plaintiff filed his complaint against Defendant MHC Financial Services, Inc. ("Defendant") on August 5, 2021. The complaint seeks avoidance and recovery of alleged preferential ($3,083,036.21) and fraudulent ($1,840,627.84) transfers totaling $4,923,664.05.

2. Defendant filed its answer on September 7, 2021.

3. The parties exchanged initial disclosures on September 23, 2021.

4. Defendant served requests for production and interrogatories on October 17, 2021. Plaintiff served his responses on November 17, 2021.

5. Plaintiff served requests for production, interrogatories, and requests for admission on November 9, 2021. Defendant served its responses on January 7, 2022.

6. In late December 2021, Plaintiff regained possession of the estate's two computers (the "Computers"), following the criminal sentencing of Debtor's former CEO, Andrew Chapin.

7. On February 10, 2022, the Court entered an order approving Plaintiff's employment of UnitedLex as Plaintiff's e-discovery services provider for processing of the large amount of data on the Computers.

8. On February 21, 2022, UnitedLex completed its processing of the data on the Computers and uploaded such data to Relativity, a cloud-based eDiscovery software platform. There are 799,887 files loaded onto Relativity from the Computers. Plaintiff is in the process of running search terms in Relativity, as well as reviewing and coding documents for relevance and privilege.

9. Plaintiff intends to file a motion for partial summary judgment on his preference claims, and to set such motion for hearing in mid to late April.

10. Plaintiff requests a continuance of the March 25th status conference to April 29, 2022 at 1:30 p.m.

Dated: March 18, 2022          FINESTONE HAYES LLP


                                By: _____*Jennifer C. Hayes*_____
                                    Jennifer C. Hayes
                                    Attorneys for Kyle Everett,
                                    Plaintiff