Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | Case No. 20-30819-DM |
| --- | --- |
| BENJA INCORPORATED, aka EPHE CORPORATION, | Chapter 7 |
| Debtor. | |
| KYLE EVERETT, TRUSTEE IN BANKRUPTCY, | Adversary Proceeding No. 21-03036-DM |
| Plaintiff, | **NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | Hearing: |
| MHC FINANCIAL SERVICES, INC., | Date: April 15, 2022<br>Time: 10:30 A.M. |
| Defendant. | Place: Tele/video conference |
| | *Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

**PLEASE TAKE NOTICE** that a hearing will take place at above-captioned date, time, and place on *Plaintiff's Motion for Partial Summary Judgment* (the "Motion") filed by Kyle Everett (the "Plaintiff" or the "Trustee"), the duly appointed Chapter 7 trustee. By way of his Motion, the Trustee requests that the Court enter an order granting Plaintiff seeks entry of an order granting summary judgment to avoid and recover preferential transfers, which total

NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
1

$3,083,036.21, because there are no disputed material facts with respect to the Trustee's right to avoid and recover these preferential transfers. To the extent the Court does not grant partial summary judgment avoiding and recovering the preferential transfers, Plaintiff requests that the Court enter an order making findings of undisputed facts pursuant to Rule 7056(f)(3).

The Motion is supported by the concurrently filed motion papers, supporting declaration of the Trustee, the file in the above-captioned adversary proceeding and in the underlying bankruptcy case, and any argument that may be presented at hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to applicable local rules, any opposition shall be filed and served fourteen days prior to the hearing (*i.e.*, April 1, 2021), with any reply due seven days prior to the hearing (*i.e.*, April 8, 2021).

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: March 18, 2022                FINESTONE HAYES LLP


By: /s/ *Jennifer C. Hayes*
    Jennifer C. Hayes
    Attorneys for Kyle Everett, Trustee in Bankruptcy

NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case: 21-03036    Doc# 23    Filed: 03/18/22    Entered: 03/18/22 16:47:29    Page 2 of 2