THEODORE B. STOLMAN (BAR NO. 52099)
ted.stolman@ffslaw.com
CAROL CHOW (BAR NO. 169299)
carol.chow@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

GREGORY S. GERSTNER (Admitted *Pro Hac Vice*)
GGerstner@sb-kc.com
BENJAMIN A. REED (Admitted *Pro Hac Vice*)
BReed@sb-kc.com
SEIGFREID BINGHAM, P.C.
2323 Grand Blvd., Suite 1000
Kansas City, Missouri 64108
Telephone: (816) 421-4460
Facsimile: (816) 474-3447

Attorneys for Defendant
MHC FINANCIAL SERVICES, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819 DM<br>Chapter 7<br>Hon. Dennis Montali |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036<br><br>**DEFENDANT'S STATUS CONFERENCE STATEMENT**<br><br>Status Conference<br><br>Date:   April 15, 2022<br>Time:   10:15 AM<br>Ctrm:   Tele/videoconference |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    Defendant MHC Financial Services, Inc. ("MHC"), hereby respectfully submits this status

2 report to address the Trustee's request to establish a briefing schedule for its motion partial

3 summary judgment and to update the Court as to the status of the parties' discovery dispute.

4 MHC believes that the Court should refrain from establishing a briefing schedule on Plaintiff's

5 partial summary judgment motion until after Plaintiff complies with its outstanding discovery

6 obligations and MHC has had a reasonable opportunity to review.  In further support of this

7 request, MHC states as follows:

8                                              **Plaintiff's Motion**

9    1.    Plaintiff filed his complaint on August 5, 2021, seeking avoidance and recovery of a

10 total of $4,923,664.05 which plaintiff alleges are preferential or fraudulent transfers.

11    2.    On October 18, 2021, MHC propounded its First Set of Requests for Production to

12 Plaintiff ("Requests").

13    3.    On November 17, 2021, Plaintiff responded to MHC's Requests but produced none

14 of the requested documents which are relevant to Plaintiff's claims.  Many of the Plaintiff's

15 responses to MHC's Requests indicated that "all responsive non-privileged documents have been

16 or will be produced."

17    4.    On March 18, 2022, counsel for Plaintiff filed a Motion for Partial Summary

18 Judgment and Declaration in Support (Docs. 21, 22) ("Motion") seeking judgment as a matter of

19 law against MHC on its preferential transfer claims totaling $3,083,036.21.  At the time the Motion

20 was filed, no documents responsive to MHC's requests had been produced.

21    5.    In order to respond to the Plaintiff's Motion, MHC needs to obtain discovery on

22 issues such as Benja's finances and overall business operation, Benja's lenders, investors and

23 customers, and information regarding the accounts sold by MHC to Benja including the manner in

24 which these purchases were recorded internally within Benja.

25    6.    If granted, Plaintiff's Motion would not dispose of Plaintiff's $1.8 million fraudulent

26 conveyance claim or narrow the scope of discovery.  Thus, it is not clear why the Plaintiff is insisting

27 on addressing this motion prior to complying with its outstanding discovery obligations.

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

7.      Plaintiff issued its first document production on March 24, 2022 consisting of 2,784 documents.  Plaintiff indicated that this was the first of a rolling production.

8.      While MHC is continuing to review this initial production, it appears to be limited to email communications and attachments. And all but approximately 230 of the documents produced are simply Benja's copies of the emails sent between MHC and Benja.

9.      MHC has issued subpoenas to a number of third parties and has received some documentation in response.  But many of these third parties have objected to producing communications to and from Benja until after the Plaintiff issued his document production.

### Discovery Dispute

10.     As detailed in the parties' submissions to the Court, MHC and Trustee disagree, primarily, as to the proper scope of discovery in this matter. While the dispute has not been fully resolved, the parties have made considerable progress and MHC does not believe that the Court needs to address this dispute at this time.

11.     The parties have agreed to a set of initial search terms to be used to search and produce documents located on two computers provided to the Plaintiff following the sentencing of Andrew Chapin.

12.     The Plaintiff is also working to identify, review and produce the other documents in the Trustee's possession.  MHC is under the impression that the Plaintiff will be producing all non-privileged documents in the Trustee's possession concerning Benja finances and business operations.

13.     On Wednesday, April 13, counsel for the Plaintiff, Ryan Witthans, stated that he is hoping that the Plaintiff is able to "get all the documents to [MHC] in the next 1-2 weeks."

MHC is willing to agree to a reasonable timeframe to file its response brief once it receives and is able to review the Plaintiff's document production. It appears that the Plaintiff's document production will be completed within the next week or two. Thus, MHC suggests that the parties continue to work on discovery matters and that the Court schedule a status conference in approximately 30-45 days to address the briefing schedule if needed.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  DATED: April 14, 2022                    FREEMAN, FREEMAN & SMILEY, LLP

2

3                                           By:        */s/ Carol Chow*

4                                                  THEODORE B. STOLMAN
                                                   CAROL CHOW

5
                                                   -- and --
6

7                                                  SEIGFREID BINGHAM, P.C.
                                                   BENJAMIN A. REED
8                                                  GREGORY S. GERSTNER

9                                                  Attorneys for Defendant
                                                   MHC FINANCIAL SERVICES, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5333775.1                                        4