```
                                    Entered on Docket
                                    August 08, 2022
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```


Stephen D. Finestone (SBN 125675)  
Jennifer C. Hayes (SBN 197252)  
Ryan A. Witthans (SBN 301432)  
FINESTONE HAYES LLP  
456 Montgomery St., 20th Floor  
San Francisco, California 94104  
Telephone No.: 415.414.0466  
Fax No.: 415.398.2830  
sfinestone@fhlawllp.com  
jhayes@fhlawllp.com  

Attorneys for Kyle Everett,  
Trustee in Bankruptcy  

Signed and Filed: August 8, 2022

_____  
**DENNIS MONTALI**  
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearings:<br>Date:  July 29, 2022 (Oral Argument)<br>        August 5, 2022 (Oral Ruling)<br>Time:  10:30 A.M.<br>Place: Tele/video conference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Chapter 7 Trustee and Plaintiff Kyle Everett (the "Plaintiff") filed a Motion for Partial Summary Judgment (ECF 21, the "Motion") on his claim to avoid and recover preferential transfers totaling $3,083,036.21. MHC Financial Services, Inc. ("MHC") filed an Opposition to the Motion (ECF 29, the Opposition) and Objections to Evidence ("MHC's Evidentiary Objections", ECF 30). Plaintiff filed a reply brief in support of his Motion (ECF 33), a response

ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1

to MHC's Objections to Evidence (ECF 32), and objections to MHC's evidence (the "Trustee's Evidentiary Objections", ECF 31).  The Court held a hearing on the Motion on July 29, 2022 at 10:30 a.m.  Appearances at the hearing were as noted on the record.  The Court issued its ruling on the record on August 5, 2022 at 10:30 a.m.  Appearances at the oral ruling were as noted on the record.  Upon due consideration and good cause appearing therefor, and for the reasons stated on the record on August 5, 2022, the Court hereby orders as follows:

1. The Motion is granted.
2. MHC's Evidentiary Objections are overruled.
3. The Trustee's Evidentiary Objections are sustained.

**\*\*END OF ORDER\*\***

SEIGFREID BINGHAM, P.C.


*Ben Reed*
Attorneys for MHC Financial Services, Inc.

ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**COURT SERVICE LIST**

*ECF Participants Only*