Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**PLAINTIFF'S STATUS CONFERENCE STATEMENT**<br><br>Hearing:<br>Date: September 30, 2022<br>Time: 1:30 p.m.<br>Place: Tele/video conference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Kyle Everett (the "Plaintiff" or the "Trustee") hereby files this Status Conference Statement and in support thereof states as follows:

1. The parties have recently agreed to submit their disputes to the Bankruptcy Dispute Resolution Program. They have also agreed on a BDRP mediator, George Kalikman of Schnader Harrison Segal & Lewis LLP. Plaintiff is informed and believes that Mr. Kalikman has run conflicts for this adversary proceeding and is conflict free.

STATUS CONFERENCE STATEMENT

2. The parties are in the process of drafting a Stipulation to BDRP and communicating with each other and the proposed mediator regarding a date and time for the mediation.

Dated: September 29, 2022   FINESTONE HAYES LLP

By: /s/ Jennifer C. Hayes
Jennifer C. Hayes
Attorneys for Kyle Everett, Plaintiff and Trustee in Bankruptcy

STATUS CONFERENCE STATEMENT