Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**STIPULATION FOR ENTRY OF ORDER RE BANKRUPTCY DISPUTE RESOLUTION PROGRAM** |

Kyle Everett, in his capacity as Plaintiff and Chapter 7 Trustee ("Trustee") of the above-captioned bankruptcy estate, and Defendant MHC Financial Services, Inc. ("MHC", together, the "Parties"), by through their respective counsel, stipulate as follows:

1. This adversary proceeding involves the Trustee's avoidable transfer claims against MHC arising under 11 U.S.C. §§ 544, 547, and 548. On August 8, 2022, the court entered partial summary judgment on the Trustee's preference claims (ECF 37).

STIPULATION FOR ENTRY OF ORDER RE BDRP

2. In an effort to resolve their dispute consensually rather than through litigation, the Parties have conferred and have agreed that the following individual is mutually acceptable for appointment as Resolution Advocate in this matter: George H. Kalikman, Schnader Harrison Segal & Lewis, 650 California Street, 19th Floor, San Francisco, CA 94108; 415-364-6734; gkalikman@schnader.com.

3. Counsel for MHC has conferred with Mr. Kalikman, who has confirmed that he is able and agreeable to serve as the mediator for the Parties' dispute.

4. The Parties are seeking to schedule a BDRP mediation with Mr. Kalikman on a mutually acceptable date, and are currently attempting to schedule the mediation in November 2022, prior to Thanksgiving.

5. The Parties agree to comply with the rules governing the Northern District of California Bankruptcy Dispute Resolution program, B.L.R. 9040-1 *et seq.*, https://www.canb.uscourts.gov/procedures/local-rules/bdrp.

6. Counsel for the Trustee agrees to upload an order approving this Stipulation.

Dated: October 4, 2022                FINESTONE HAYES LLP

By: *Jennifer C. Hayes*
    Jennifer C. Hayes
    Attorneys for Kyle Everett, Trustee in Bankruptcy

SEIGFREID BINGHAM, P.C.

_____
Ben Reed
Attorneys for MHC Financial Services, Inc.