Entered on Docket
October 06, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

Signed and Filed: October 6, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**ORDER APPROVING STIPULATION RE BANKRUPTCY DISPUTE RESOLUTION PROGRAM** |

Upon due consideration and good cause appearing therefor, based upon the Stipulation for Entry of Order Regarding Bankruptcy Dispute Resolution Program filed on October 5, 2022 (ECF 39) (the "Stipulation"), the Court hereby orders as follows:

1. The Stipulation is approved.

2. George H. Kalikman is appointed as the resolution advocate in the dispute specified in the Stipulation, which dispute is assigned to the Bankruptcy Dispute Resolution Program in this District.

3. The parties are to comply with B.L.R. 9040-1 through B.L.R. 9050-1.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

*ECF Participants Only*