1  Stephen D. Finestone (SBN 125675)
   Jennifer C. Hayes (SBN 197252)
2  Ryan A. Witthans (SBN 301432)
   FINESTONE HAYES LLP
3  456 Montgomery St., 20th Floor
   San Francisco, California 94104
4  Telephone No.: 415.414.0466
   Fax No.: 415.398.2830
5  sfinestone@fhlawllp.com
   jhayes@fhlawllp.com
6
7  Attorneys for Kyle Everett,
   Trustee in Bankruptcy

8           UNITED STATES BANKRUPTCY COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 | In re                          | Case No. 20-30819-DM
12 | BENJA INCORPORATED, aka EPHE    | Chapter 7
   | CORPORATION,
13 |
   |          Debtor.
14 |

15 | KYLE EVERETT,                   | Adversary Proceeding No. 21-03036-DM
16 | TRUSTEE IN BANKRUPTCY,          | **PLAINTIFF'S STATUS CONFERENCE**
17 |          Plaintiff,            | **STATEMENT**
18 | v.                              | Hearing:
   |                                 | Date:    February 24, 2023
19 | MHC FINANCIAL SERVICES, INC.,   | Time:    1:30 p.m.
   |                                 | Place:   Tele/video conference
20 |          Defendant.            |
21 |                                 | *Please check www.canb.uscourts.gov for*
   |                                 | *information regarding the Court's operations*
22 |                                 | *due to the COVID-19 pandemic.*

23         Kyle Everett (the "Plaintiff" or the "Trustee") files this status conference statement and in

24 support thereof states as follows:

25         1.      On August 5, 2021, the Trustee filed his complaint to avoid alleged preferential

26 transfers ($3,083,036.21) and fraudulent transfers ($1,840,627.84).

27         2.      On August 8, 2022, the Court entered an order granting the Trustee's Motion for

28 Partial Summary Judgment on the preferential transfer claims totaling $3,083,036.21 (ECF 37).

STATUS CONF STATEMENT

3.      On October 5, 2022, the parties filed a Stipulation for Entry of Order re Bankruptcy Dispute Resolution Program (ECF 39).

4.      On January 20, 2023, the parties held a mediation, with George Kalikman of Schnader Harrison serving as the mediator.

5.      The parties remain in settlement discussions.

6.      Plaintiff has provided a copy of this Status Conference Statement to MHC (Ben Reed).  Mr. Reed offered to file this Status Conference Statement as a joint statement; however, counsel for Plaintiff was unable to obtain Mr. Reed's signature in time to file it as a joint statement (given the difference in time zones).

Dated: February 23, 2023          FINESTONE HAYES LLP


By: /s/ *Jennifer C. Hayes*
_____
Jennifer C. Hayes
Attorneys for Kyle Everett, Trustee in Bankruptcy

STATUS CONF STATEMENT