Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>    Debtor. | Case No. 20-30819-DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>    Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**JOINT STATUS CONFERENCE STATEMENT**[1]<br><br>Hearing:<br>Date:  February 24, 2023<br>Time:  1:30 p.m.<br>Place:  Tele/video conference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

    Kyle Everett (the "Plaintiff" or the "Trustee") and MHC Financial Services, Inc. file this status conference statement and in support thereof states as follows:

---

[1] This *Joint* Status Conference Statement is substantively the same as *Plaintiff's* Status Conference Statement. (ECF 41).

STATUS CONF STATEMENT     1

1. On August 5, 2021, the Trustee filed his complaint to avoid alleged preferential transfers ($3,083,036.21) and fraudulent transfers ($1,840,627.84).

2. On August 8, 2022, the Court entered an order granting the Trustee's Motion for Partial Summary Judgment on the preferential transfer claims totaling $3,083,036.21 (ECF 37).

3. On October 5, 2022, the parties filed a Stipulation for Entry of Order re Bankruptcy Dispute Resolution Program (ECF 39).

4. On January 20, 2023, the parties held a mediation, with George Kalikman of Schnader Harrison serving as the mediator.

5. The parties remain in settlement discussions.

Dated: February 23, 2023         FINESTONE HAYES LLP


By: /s/ *Jennifer C. Hayes*
    Jennifer C. Hayes
    Attorneys for Kyle Everett, Trustee in Bankruptcy

    SEIGFREID BINGHAM, P.C.


    /s/ *Ben Reed*
    Ben Reed
    Attorneys for MHC Financial Services, Inc.