Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Hearing:<br>Old Date:   February 24, 2023<br>New Date:  April 28, 2023<br>Time:   1:30 p.m.<br>Place:   Tele/video conference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Kyle Everett (the "Plaintiff" or the "Trustee") and MHC Financial Services, Inc. file this stipulation to continue status conference and in support thereof states as follows:

1. The parties incorporate by reference the recitals in their Joint Status Conference Statement filed on February 23, 2023 (ECF 42, the "Joint Statement").

2. Based on the Joint Statement, the parties agree to a continuance of the status conference from February 24, 2023 at 1:30 p.m. to April 28, 2023 at 1:30 p.m.

STIPULATION

Dated: February 24, 2023        FINESTONE HAYES LLP

                                By: /s/ *Jennifer C. Hayes*
                                    Jennifer C. Hayes
                                    Attorneys for Kyle Everett, Trustee in Bankruptcy

                                SEIGFREID BINGHAM, P.C.

                                /s/ *Ben Reed*
                                Ben Reed
                                Attorneys for MHC Financial Services, Inc.

STIPULATION