1  Stephen D. Finestone (SBN 125675)
   Jennifer C. Hayes (SBN 197252)
2  Ryan A. Witthans (SBN 301432)
   FINESTONE HAYES LLP
3  456 Montgomery St., 20th Floor
   San Francisco, California 94104
4  Telephone No.: 415.414.0466
   Fax No.: 415.398.2830
5  sfinestone@fhlawllp.com
   jhayes@fhlawllp.com
6
7  Attorneys for Kyle Everett,
   Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>Debtor. | Case No. 20-30819-DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Hearing:<br>Date:   April 28, 2023<br>Time:   1:30 p.m.<br>Place:  Tele/video conference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Kyle Everett (the "Plaintiff" or the "Trustee") and MHC Financial Services, Inc. ("MHC") file this status conference statement and in support thereof state as follows:

1. On August 5, 2021, the Trustee filed his complaint against MHC to avoid alleged preferential transfers ($3,083,036.21) and fraudulent transfers ($1,840,627.84).

2. On August 8, 2022, the Court entered an order granting the Trustee's Motion for Partial Summary Judgment on the preferential transfer claims totaling $3,083,036.21 (ECF 37).

STATUS CONF STATEMENT

3. On October 5, 2022, the parties filed a Stipulation for Entry of Order re Bankruptcy Dispute Resolution Program (ECF 39).

4. On January 20, 2023, the parties held a mediation, with George Kalikman of Schnader Harrison serving as the BDRP mediator.

5. The parties remain in settlement discussions. A key issue is the amount of the bankruptcy estate's anticipated tax liabilities, which will impact the estimated percentage return to general unsecured creditors. The estimated percentage distribution to general unsecured creditors impacts the parties' settlement discussions, which contemplate a possible netting of the anticipated payment to MHC on account of its claim against the estate from the amount that MHC pays to the estate in settlement of this adversary proceeding.

6. On March 20, 2023, the Court entered an order employing NewPoint Law Group, LLP ("NewPoint") as the Trustee's tax attorneys.

7. On April 21, 2023, NewPoint provided the Trustee with its preliminary analysis of the estate's anticipated tax liabilities.

8. The Trustee and MHC have a continued Zoom scheduled for May 5, 2023 to discuss the Trustee's analysis of tax issues and their impact on the parties' settlement discussions.

Dated: April 25, 2023       FINESTONE HAYES LLP


By: /s/ *Jennifer C. Hayes*
    Jennifer C. Hayes
    Attorneys for Kyle Everett, Trustee in Bankruptcy

    SEIGFREID BINGHAM, P.C.


    /s/ Ben Reed
    Ben Reed
    Attorneys for MHC Financial Services, Inc.