Stephen D. Finestone (SBN 125675)
Jennifer C. Hayes (SBN 197252)
Ryan A. Witthans (SBN 301432)
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone No.: 415.414.0466
Fax No.: 415.398.2830
sfinestone@fhlawllp.com
jhayes@fhlawllp.com

Attorneys for Kyle Everett,
Trustee in Bankruptcy

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BENJA INCORPORATED, aka EPHE CORPORATION,<br><br>        Debtor. | Case No. 20-30819-DM<br>Chapter 7 |
| KYLE EVERETT,<br>TRUSTEE IN BANKRUPTCY,<br><br>        Plaintiff,<br><br>v.<br><br>MHC FINANCIAL SERVICES, INC.,<br><br>        Defendant. | Adversary Proceeding No. 21-03036-DM<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br><u>Hearing:</u><br>Date:   May 26, 2023<br>Time:   1:30 p.m.<br>Place:   Tele/video conference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

      Kyle Everett (the "Plaintiff" or the "Trustee") and MHC Financial Services, Inc. ("MHC") file this status conference statement and in support thereof state as follows:

      1.      On August 5, 2021, the Trustee filed his complaint against MHC to avoid alleged preferential transfers ($3,083,036.21) and fraudulent transfers ($1,840,627.84).

      2.      On August 8, 2022, the Court entered an order granting the Trustee's Motion for Partial Summary Judgment on the preferential transfer claims totaling $3,083,036.21 (ECF 37).

STATUS CONF STATEMENT

3. On October 5, 2022, the parties filed a Stipulation for Entry of Order re Bankruptcy Dispute Resolution Program (ECF 39).

4. On January 20, 2023, the parties held a mediation, with George Kalikman of Schnader Harrison serving as the BDRP mediator.

5. The parties remain in settlement discussions. A key issue has been the amount of the bankruptcy estate's anticipated tax liabilities. The Trustee has recently received analyses from his tax professionals, which has resolved this issue.

6. The Trustee anticipates making a written settlement counteroffer to MHC shortly.

7. Based on the above, the parties request that the Court further continue the status conference for 30-60 days.

Dated: May 26, 2023                    FINESTONE HAYES LLP


                                        By: /s/ Jennifer C. Hayes
                                            Jennifer C. Hayes
                                            Attorneys for Kyle Everett, Trustee in Bankruptcy

                                        SEIGFREID BINGHAM, P.C.


                                        /s/ Ben Reed
                                        Ben Reed
                                        Attorneys for MHC Financial Services, Inc.