1  Stephen D. Finestone (SBN 125675)
   Jennifer C. Hayes (SBN 197252)
2  Ryan A. Witthans (SBN 301432)
   FINESTONE HAYES LLP
3  456 Montgomery St., 20th Floor
   San Francisco, California 94104
4  Telephone No.: 415.414.0466
   Fax No.: 415.398.2830
5  sfinestone@fhlawllp.com
   jhayes@fhlawllp.com
6
7  Attorneys for Kyle Everett,
   Trustee in Bankruptcy

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 | In re                                    | Case No. 20-30819-DM
   |                                          | Chapter 7
12 | BENJA INCORPORATED, aka EPHE
   | CORPORATION,
13 |
   |
14 |          Debtor.
   | _____
15 |
   | KYLE EVERETT,                            | Adversary Proceeding No. 21-03036-DM
16 | TRUSTEE IN BANKRUPTCY,
   |                                          | **STIPULATION FOR ENTRY OF ORDER**
17 |          Plaintiff,                      | **DISMISSING ADVERSARY**
   |                                          | **PROCEEDING WITH PREJUDICE**
18 | v.
   |
19 | MHC FINANCIAL SERVICES, INC.,
   |
20 |          Defendant.
   |
21 |
   |
22

23      Kyle Everett, in his capacity as Plaintiff and Chapter 7 Trustee ("Trustee") of the above-

24 captioned bankruptcy estate, and Defendant MHC Financial Services, LLC ("MHC", together, the

25 "Parties"), by through their respective counsel, stipulate as follows pursuant to the Order

26 Approving Trustee's Motion to Compromise Controversy (MHC Financial Services, LLC) (ECF

27 180):

28      1.  The adversary proceeding is dismissed with prejudice.

STIPULATION TO DISMISS AP WITH PREJUDICE

1      2.   Each party shall bear its own fees and expenses.

2      3.   Counsel for the Trustee agrees to upload an order approving this Stipulation.

3

4    Dated: September 29, 2023            FINESTONE HAYES LLP

5

6

                       By: *Jennifer C. Hayes*

7                                Jennifer C. Hayes
                               Attorneys for Kyle Everett, Trustee in Bankruptcy

8

9                                SEIGFREID BINGHAM, P.C.

10

11                                *Ben Reed*

12                                Ben Reed
                               Attorneys for MHC Financial Services, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS AP WITH PREJUDICE