

1  Stephen D. Finestone (SBN 125675)
   Jennifer C. Hayes (SBN 197252)
2  Ryan A. Witthans (SBN 301432)
   FINESTONE HAYES LLP
3  456 Montgomery St., 20th Floor
   San Francisco, California 94104
4  Telephone No.: 415.414.0466
   Fax No.: 415.398.2830
5  sfinestone@fhlawllp.com
   jhayes@fhlawllp.com
6
7  Attorneys for Kyle Everett,
   Trustee in Bankruptcy

**Signed and Filed: October 2, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11  In re                                    Case No. 20-30819-DM
                                             Chapter 7
12  BENJA INCORPORATED, aka EPHE
    CORPORATION,
13
14           Debtor.

15  KYLE EVERETT,                            Adversary Proceeding No. 21-03036-DM
    TRUSTEE IN BANKRUPTCY,
16                                           **ORDER APPROVING STIPULATION TO
                                             DISMISS ADVERSARY PROCEEDING
17           Plaintiff,                      WITH PREJUDICE**

18  v.

19  MHC FINANCIAL SERVICES, INC.,

20           Defendant.

21

22

23       Upon due consideration and good cause appearing therefor, based upon the Stipulation for

24  Entry of Order to Dismiss Adversary Proceeding with Prejudice (ECF 46), it appearing that notice

25  was adequate under the circumstances, the Court hereby orders as follows:

26       1.  The above-captioned adversary proceeding is dismissed with prejudice.

27       2.  Each party shall bear its own fees and expenses.

28                          **\*\*END OF ORDER\*\***

ORDER APPROVING STIPULATION TO DISMISS AP WITH PREJUDICE

**COURT SERVICE LIST**

2

3   *ECF Participants Only*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING STIPULATION TO DISMISS AP WITH PREJUDICE